■ In the Matter of JAYSON BULMAHN, Petitioner, v NEW YORK STATE OFFICE OF MEDICAID INSPECTOR GENERAL et al.,

Respondents. [993 NYS2d 523]—Motion to compel denied. Present—Scudder, P.J., Peradotto, Lindley and Valentino, JJ.